UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| GREGORY WALTERS and CHRISTI WALTERS, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FAMOUS TRANSPORTS, INC., a Michigan Corporation; PANTHER II TRANSPORTATION, INC., an Arkansas Corporation; ARCBEST LOGISTICS, INC., an Arkansas Corporation; ARCBEST CORPORATION, a Delaware Corporation; and DOES 1 through 100, inclusive.<br><br>Defendants. | Case No. 1:21-cv-00420-DAP<br><br>Judge Dan A. Polster |

**JOINT MOTION TO DISMISS**

Plaintiffs, Gregory Walters and Christi Walters, and Defendants, Famous Transports, Inc., Panther II Transportation, Inc., ArcBest Logistics, Inc. and ArcBest Corporation (the parties), file this Joint Motion to Dismiss with prejudice as to Plaintiffs' individual claims, and without prejudice as to Class claims. The parties stipulate that all factual and legal disputes asserted in this action have been satisfactorily compromised, settled, and released by Plaintiffs as to their individual claims.

Therefore, the parties ask that the Court dismiss with prejudice all individual claims asserted against Defendants by Plaintiffs, with each party to bear their own costs, and without prejudice as to Class claims.

1

Dated: September 10, 2021

/s/ Taras Kick
Taras Kick (*admitted pro hac vice*)
THE KICK LAW FIRM, APC
815 Moraga Drive
Los Angeles, CA 90049
Phone: 310-395-2988
Fax: 310-395-2088
taras@kicklaw.com

Dennis E. Murray, Jr. (0038509)
Margaret M. Murray (0066633)
MURRAY & MURRAY
111 East Shoreline Drive
Sandusky, OH 44870
Phone: 419-624-3000
Fax: 419-624-0707
dmj@murrayandmurray.com
mmm@murrayandmurray.com

Kevin P. Roddy (*admitted pro hac vice*)
WILENTZ, GOLDMAN & SPITZER, P.A.
90 Woodbridge Center Driver, Suite 900
Woodbridge, NJ 07095
Phone: 732-636-8000
Direct Dial: 732-855-6402
Fax: 732-726-6686

Attorneys for Plaintiffs,
Gregory Walters and Christi Walters

Respectfully submitted,

/s/ Christopher J. Eckhart
Christopher J. Eckhart (*admitted pro hac vice*)
E. Ashley Paynter (*admitted pro hac vice*)
James A. Eckhart (*admitted pro hac vice*)
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
10 West Market Street, Suite 1400
Indianapolis, IN 46204
Phone: 317-637-1777
Fax: 317-687-2414
ceckhart@scopelitis.com
apaytner@scopelitis.com
jeckhart@scopelitis.com

Christopher J. Carney (0037597)
BROUSE MCDOWELL
600 Superior Avenue East, Suite 1600
Cleveland, OH 44114
Phone: 216-830-6830
Fax: 216-830-6807
ccarney@brouse.com

Kerri L. Keller (0075075)
BROUSE MCDOWELL
500 South Main Street, Suite 500
Akron, OH 44311
Phone: 330-535-5711
Fax: 330-253-8601
kkeller@brouse.com

Attorneys for Defendants,
Panther II Transportation, Inc., ArcBest Logistics, Inc., and ArcBest Corporation


/s/ Scott L. Baker
Scott L. Baker (*admitted pro hac vice*)
slb@bakerslaw.com
BAKER & ASSOCIATES
1875 Century Park East, Suite 1490
Los Angeles, CA 90067

Attorney for Defendant,
Famous Transports, Inc.

4822-8554-5210, v. 2