UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| GREGORY WALTERS and CHRISTI WALTERS, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FAMOUS TRANSPORTS, INC., a Michigan Corporation; PANTHER II TRANSPORTATION, INC., an Arkansas Corporation; ARCBEST LOGISTICS, INC., an Arkansas Corporation; ARCBEST CORPORATION, a Delaware Corporation; and DOES 1 through 100, inclusive.<br><br>Defendants. | Case No. 1:21-cv-00420-DAP<br><br>Judge Dan A. Polster |

## ORDER GRANTING JOINT MOTION TO DISMISS

The Court, having considered the parties', Plaintiffs, Gregory Walters and Christi Walters, and Defendants, Famous Transports, Inc., Panther II Transportation, Inc., ArcBest Logistics, Inc. and ArcBest Corporation, Joint Motion to Dismiss, and for good cause shown, hereby DISMISSES Plaintiffs' Complaint with prejudice as to Plaintiffs' individual claims and without prejudice as to Class claims. Each party is to bear their own costs.

IT IS SO ORDERED.

DATED: 9/13/2021

The Hon. Dan A. Polster
U.S. District Judge
Northern District of Ohio

4832-0875-0842, v. 1